1  T. LOUIS PALAZZO, ESQ.
   Nevada Bar No. 4128
2  PALAZZO LAW FIRM
   A PROFESSIONAL LAW CORPORATION
3  520 South Fourth Street, Second Floor
   Las Vegas, Nevada 89101
4  Tele: 702-385-3850
   Fax: 702-385-3855
5  Email: louis@palazzolawfirm.com
   **Attorney for Defendant, Sonny Moore**

6



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONNY MOORE, *et al.*<br><br>Defendants. | CASE NO.:   3:14-cr-00278-RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: PREPARATION OF**<br>**PRE-PLEA CRIMINAL HISTORY**<br>**CALCULATION REPORT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between T. LOUIS PALAZZO, ESQ, of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, counsel for SONNY MOORE, and ADAM L. WRIGHT, ASSISTANT UNITED STATES ATTORNEY, counsel for the UNITED STATES OF AMERICA, that in anticipation of a Plea Agreement being reached between the parties, it is necessity that a Pre-Plea Criminal History Calculation Report be prepared by the U.S. Probation Office.

MELINDA HAAG
United States Attorney

DATED: June 10th, 2014            /s/ Adam Wright
                                  ADAM WRIGHT
                                  Assistant United States Attorney

DATED: June 10th, 2014            /s/ Louis Palazzo
                                  LOUIS PALAZZO
                                  Attorney for SONNY MOORE

1  [~~PROPOSED~~] ORDER

2       Based upon the stipulation reached between the parties,

3  **IT IS HEREBY ORDERED**, the U.S. Probation Office shall prepare and provide the parties a

4  Pre-Plea Criminal History Calculation Report concerning Defendant Sonny Moore.

7  DATED: 6/13/14

   _____
   UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 10 day of June, 2014, I served an electronic copy of the above STIPULATION AND [PROPOSED] ORDER RE: PREPARATION OF PRE-PLEA CRIMINAL HISTORY CALCULATION REPORT to all parties of record, *via* CM/ECF.

_____
An Employee of Palazzo Law Firm, PC