T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702-385-3850
Fax: 702-385-3855
Email: louis@palazzolawfirm.com
*Attorney for Defendant, Sonny Moore*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>SONNY MOORE, *et al.*<br><br>          Defendants. | CASE NO.:   3:14-cr-00278-RS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: CONTINUANCE OF<br>SENTENCING**<br><br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between T. LOUIS PALAZZO, ESQ, of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, counsel for SONNY MOORE, and ADAM L. WRIGHT, ASSISTANT UNITED STATES ATTORNEY, counsel for the UNITED STATES OF AMERICA, that sentencing in this case be continued from November 4, 2014 at 2:30 p.m., to December 2, at 2:30 p.m.

This Stipulation is entered into for the following reasons:

1. A continuance is requested to promote judicial economy by sentencing both defendants on the same day.

2. The parties agree to the continuance sought herein.

3. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

1     4.     Denial of this request could result in a miscarriage of justice.

2     5.     This is the first request to continue sentencing filed herein.

MELINDA HAAG
United States Attorney

DATED: September 29th, 2014     /s/ Adam Wright
ADAM WRIGHT
Assistant United States Attorney

DATED: September 29th, 2014     /s/ Louis Palazzo
LOUIS PALAZZO
Attorney for SONNY MOORE

[~~PROPOSED~~] ORDER

Based upon the stipulation reached between the parties,

**IT IS HEREBY ORDERED**, that sentencing in this case, as it relates to Defendant Sonny Moore, be continued from November 4, 2014 at 2:30 p.m., to December 2, at 2:30 p.m. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED: 9/30/14

UNITED STATES DISTRICT JUDGE